Patrick R. Delahunty CASBN 257438
Assistant United States Attorney
150 Alamaden Blvd.
San Jose, CA 95113
408-535-5539
408-535-5061 (Facsimile)

Attorney for Plaintiff United States of America

Paul L. Alaga CASBN 221165
Ian B. Kelley CASBN 215393
885 Bryant Street, Second Floor
San Francisco, California 94103
415-885-0885
415-885-0887 (Facsimile)

Attorneys for Defendant Felina Roque

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18-cr-00373:LHK NC |
| Plaintiff, | **STIPULATION TO VACATE SEPTEMBER 21, 2018 HEARING DATE AND** ~~PROPOSED~~ **ORDER** |
| vs. | |
| FELINA ROQUE, *et al*. | |
| Defendants. | |

Plaintiffs, by and through counsel, and Defendants, by and through counsel, hereby stipulate and represent to the Court as follows:

On August 31, 2018 Defendant FELINA ROQUE was arraigned before the Honorable Magistrate Judge Nathanael Cousins.

Conditions of release having been agreed to by all parties including, *inter alia,* the posting of a $250,000 property bond, a further appearance date of September 21, 2018 at 1:30 p.m. was

scheduled to be had before Magistrate Judge van Keulen for purpose of bond review/status on property posting.

It was contemplated at that time that this date may be vacated if the security was perfected before then; further proceedings are otherwise scheduled for October 24, 2018 at 9:15 a.m. before the Honorable Judge Koh.

The documents contemplated by General Order 55 were provided to the Attorney for the United States for his review; the parties agreed as to the sufficiency of the documents, and on September 18, 2018 the deed securing the bond was lodged with the Court.

Satisfactory proof of the above having been shown and agreed to by all sides, the parties stipulate and request that the September 21, 2018 date be vacated; the date of October 24 is maintained.

IT IS SO STIPULATED:

Dated: 9/20/2018            /s/ Brian Cabrera
                            Brian Cabrera,
                            Special Assistant United States Attorney


Dated: 9/20/2018            /s/ Paul Alaga
                            Paul Alaga
                            Attorney for Defendant Felina Roque


IT IS SO ORDERED.


Dated: 9/21/2018            _Susan van Keulen_

- 2 -
Stipulation and ~~Proposed~~ Order Vacating Hearing Date
*United States v. Roque, et al.*  Case No. 18-cr-00373:LHK NC