UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CRIMINAL MINUTES

# UNITED STATES OF AMERICA v. Felina Roque, Loreta Flores-Dario, Lorena Gerasimov, Jaime Cortes, Abdelsalam Mogasbe, James Nickolopoulos
5:18-CR-00373-LHK

**Court Proceedings:** Status Conference, Wednesday, January 09, 2019
**Location/Time in Court**: Courtroom 7, 9:34-9:34; 9:48-9:54 a.m. (7 minutes)

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Fisher
**Interpreter:** None requested

**Representing Plaintiff:** Patrick Delahunty for the United States of America
**Representing Defendant:** Paul Alaga for Felina Roque,
Gerardo Vincuna for Demetrius Costy for Defendant Loreta Flores-Dario
Donald Heller for Lorena Gerasimov
Michael Khouri for Defendant Jaime Cortes
Mark Arnold and Carleen Arlidge for Defendant Abdelsalam Mogasbe
George Benetatos for Defendant James Nikolopoulos

Hearing held.

Defendant Felina Roque (1) present and out of custody.
Defendant Loreta Flores Dario (2) present and out of custody.
Defendant Lorena Gerasimov (3) present and out of custody.
Defendant Jaime Cortes (4) present and out of custody.
Defendant Abdelsalam Mogasbe (5) present and out of custody.
Defendant James Nickolopoulos (6) present and out of custody.

The Court GRANTED the parties' motion for a continuance. Pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial, and excluded time from January 9, 2019 through and including March 13, 2019. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

The Court continued the matter as to all defendants to **March 13, 2019** at 9:15 a.m. for Further Status hearing.

Court adjourned.