1 | STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

2 |

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | MICHAEL G. PITMAN (DCBN 484164)
CHRISTOFFER LEE (CABN 280360)

5 | Assistant United States Attorneys

6 |    150 Almaden Boulevard, Suite 900
   San Jose, California 95113

7 |    Telephone: (408) 535-5040
   Fax: (408) 535-5081

8 |    michael.pitman@usdoj.gov

9 | Attorneys for United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13 | UNITED STATES OF AMERICA,        )   No. 5:18-cr-00373-LHK
                                 )

14 |     Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER
                                 )   CONTINUING STATUS CONFERENCE

15 |    v.                        )

16 | FELINA ROQUE, et al.,          )

17 |     Defendants.         )

18 |

19 |       Defendant Felina Roque, by and through her counsel of record, and the United States, by and

20 | through its counsel of record (collectively the "Parties"), stipulate:

21 |       WHEREAS, Defendant plead guilty on October 30, 2019 pursuant to a plea agreement. ECF

22 | No. 116. Consistent with the terms of Defendant's plea agreement, a sentencing date has not been set,

23 | and the Parties do not anticipate requesting that a sentencing date be set until the trial of all defendants is

24 | concluded or another resolution of all their cases is reached.

25 |       WHEREAS, the trial in this matter is set to begin on January 18, 2022.

26 |       WHEREAS, the Parties (Defendant and the Government) are set to appear at a status conference

27 | on October 6, 2021.

28 |

1    WHEREFORE, the Parties respectfully request that the status conference set for October 6, 2021

2  be continued to December 15, 2021.

3                                                                  STEPHANIE M. HINDS
                                                                   Acting United States Attorney
4

5                                                                  s/ Michael G. Pitman
                                                                   MICHAEL G. PITMAN
6                                                                  Assistant United States Attorney

7
                                                                   s/ Summer McKeivier
8                                                                  SUMMER MCKEIVIER
                                                                   Attorney for Defendant
9

10

11                                 [PROPOSED] ORDER

12    For the reasons set forth in the parties' stipulation, and for good cause shown, the status

13  conference set on October 6, 2021 for Ms. Felina Roque is continued to December 15, 2021.  IT IS SO

14  ORDERED.

15

16  Dated: _____9/28/2021_____      _____
                                                                   HON. LUCY H. KOH
17                                                                 United States District Judge

18

19

20

21

22

23

24

25

26

27

28